[Nos. 15744–2–I; 15875–9–I;   Division One.     November 24, 1986.]
    15876–7–I.

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
J. WILBUR, *Petitioner.*

THE STATE OF WASHINGTON, *Respondent,* v.
NORMAN JEFFERSON, *Petitioner.*

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
W. GEORGE, *Petitioner.*

Appeals from a judgment of the Superior Court for
Whatcom County, No. 84–1–00212–6, Marshall Forrest, J.,
entered November 28, 1984. *Dismissed* by unpublished
opinion per Grosse, J., concurred in by Scholfield, C.J., and
Coleman, J.

[No. 17214–0–I.   Division One.   November 24, 1986.]

ISSAQUAH ENVIRONMENTAL COUNCIL, ET AL, *Appellants,*
v. THE CITY OF ISSAQUAH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 84–2–00022–8, Gerard M. Shellan, J., entered
February 20, 1985. *Affirmed* by unpublished opinion per
Cole, J. Pro Tem., concurred in by Schumacher and Utter,
JJ. Pro Tem.

[No. 14442–1–I.   Division One.   November 24, 1986.]

DARRYL W. GENNETTE, *Appellant,* v. JOSEPH E.
BECKER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–16442–1, William C. Goodloe, J., entered
February 27, 1984. *Affirmed in part, reversed in part,* and
*remanded with instructions* by unpublished opinion per
Cole, J. Pro Tem., concurred in by Schumacher and Utter,
JJ. Pro Tem.